IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

VICTOR A. MOTLEY,

                                    Plaintiff,

v.                                                            Civil Action No. 3:07–CV–328

COMMONWEALTH OF VIRGINIA, *et al.*,

                                    Defendants.

## **FINAL ORDER**

THIS MATTER is before the Court on a Motion to Dismiss by Defendants, filed as Docket No. 4. For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motion is GRANTED.

Plaintiff is entitled to appeal the Court's decision. To do so, Plaintiff must file a notice of appeal with the Clerk of this Court within thirty days of the date this Order and any accompanying Opinion was entered, according to Federal Rules of Appellate Procedure 3 and 4. If Plaintiff fails to file a timely notice of appeal, he will waive his right to appeal.

Let the Clerk send a copy of this Order to pro se Plaintiff Motley and counsel for Defendant.

It is SO ORDERED.

                                                                        /s/
                                               James R. Spencer
                                             Chief United States District Judge

ENTERED this   14th   day of September 2007